[No. 8844.]

Watts v. Louthan.

*Error to Denver County Court.* Hon. Ira C. Rothgerber, Judge.

Messrs. Tolles & Cobbey, and Mr. Albert E. Dunning, for plaintiff in error.

Mr. C. V. Mead, and Mr. James C. Rogers, for defendant in error.

*Per Curiam.*

Application for supersedeas denied, and judgment affirmed.

Decision *en banc.*

Mr. Justice Garrigues and Mr. Justice Scott not participating.